UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:
GUAJARDO, STEPHEN                                      Chapter 13
GUAJARDO-GARCIA, ROBERTA                               19-10540-t13

    Debtors,

ARLENE SANCHEZ,
In her capacity as Conservator of the Estate of Joel Garcia,

Alicia Garcia, individually and in her capacity as
Trustee for the J & A Garcia Trust,

    Plaintiffs,

vs.                                                    Adv. No. 19-01040-TA

STEPHEN GUAJARDO,
ROBERTA GARCIA-GUAJARDO,

TIFFANY M. CORNEJO,
in her capacity as United States Chapter 13 Trustee,

    Defendants.

## NOTICE TO TAKE DEPOSITION OF ALICIA GARCIA

PLEASE TAKE NOTICE that Plaintiffs, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 30(a)(1) and NM LBR 7031-1 will take the deposition of Alicia Garcia, by oral examination, recorded stenographically and by video before a certified court reporter on the 19th day of September, 2019 beginning at 9:30 a.m. and continuing until completed at the Offices of Davis Law, 1000 Lomas Blvd. NW, Albuquerque, New Mexico 87102.

Respectfully submitted,

SOMMER, UDALL, HARDWICK
& JONES, PA

By: */s/ Eric Sommer*
Eric Sommer
PO Box 1984
Santa Fe, NM 87504-1984
T. (505) 982- 4676
F. (505) 988-7029
*ems@sommerudall.com*
*Counsel for Arlene Sanchez,*
*Conservator of the Estate of Joel*
*Garcia and Alicia Garcia,*
*individually and as Trustee for the J*
*& A Garcia Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August 2019, I filed the foregoing through the CM/ECF system, which caused all counsel of record and parties identified with the Court for electronic service on the record in this case in accordance with the CM/ECF system protocols. I further certify that on this 30th day of August, 2019 I served a true and correct copy of the foregoing via first class mail to Stephen Guajardo and Roberta Garcia-Guajardo at P.O. Box 602, Belen, New Mexico 87002.

/s/ *Eric Sommer*
Eric Sommer